[No. 46212-1-I.   Division One.   July 23, 2001.]

*In the Matter of the Marriage of* DONALD WINDER, *Appellant,* and MARCIA WINDER, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-3-01036-5, Larry E. McKeeman, J., entered February 1, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46608-9-I.   Division One.   July 23, 2001.]

PATRICIA DIBLASI, ET AL., *Respondents,* v. THE CITY OF SEATTLE, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 93-2-17734-8, Glenna Hall, J., entered March 24, 2000. *Remanded* by unpublished opinion per Agid, C.J., concurred in by Webster and Baker, JJ.

[No. 46679-8-I.   Division One.   July 23, 2001.]

WILLIAM BRUCE MARTIN, *Appellant,* v. KING COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 99-2-16000-2, Palmer Robinson, J., entered April 18, 2000. *Reversed* by unpublished opinion per Webster, J., concurred in by Agid, C.J., and Coleman, J.

[Nos. 46732-8-I; 46985-1-I.   Division One.   July 23, 2001.]

DENNIS E. FOISY, ET AL., *Appellants,* v. STEPHEN L. CONROY, ET AL., *Respondents.*

Appeals from judgments of the Superior Court for Snohomish County, No. 00-2-01149-9, George N. Bowden and Thomas J. Wynne, JJ., entered May 9, July 13, and 26, 2000. *Affirmed* by unpublished per curiam opinion.